UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREWS WORSTEN, III,

      Plaintiff,

      v.

MATTHEW T. MATEJCEK, et al.,

      Defendants.

Case No. 25-cv-10439 BLF

**ORDER OF DISMISSAL**

On December 5, 2025, Plaintiff filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice that the civil action was deficient because he did not pay the filing fee or file an *In Forma Pauperis* ("IFP") Application. Dkt. No. 2. Plaintiff was directed to correct the deficiency and provided with the IFP form and postage-paid return envelope, with the warning that the action would be dismissed if he failed to respond within 28 days from the filing date of the notice. *Id.*

The deadline has passed with no response from Plaintiff to the IFP notice. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: January 23, 2026

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.25\10439Worsten_dis-ifp

United States District Court
Northern District of California